# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Arrion Donta Wright,<br><br>    Plaintiff<br><br>v.<br><br>Renee Baker, et al.,<br><br>    Defendants | Case No.: 2:19-cv-00986-JAD-CWH<br><br>**Order Transferring Case to Unofficial Northern Division** |

Petitioner Arrion Donta Wright, who is in custody at the Lovelock Correctional Center, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 but no filing fee or application to proceed in *in forma pauperis*. Wright filed this action in the unofficial southern division of the court, but he is proceeding pro se and is incarcerated in the unofficial northern division of the court. Under Local Rule IA 1-8(a), a pro se inmate must proceed in the unofficial division of the court in which the inmate is held when the matter is commenced.

IT IS THEREFORE ORDERED that this action is transferred to the unofficial northern division of this court for all further proceedings. The Clerk of Court is directed to transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed without prejudice to Wright regarding any federal limitation period and filing fee.

                                                          _____
                                                          U.S. District Judge Jennifer A. Dorsey
                                                          June 11, 2019